Michelle L. Roberts - CA STATE BAR NO. 239092
Cassie Springer-Sullivan - CA STATE BAR NO. 221506
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA  94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564
E-mail: css@ssrlawgroup.com
            mlr@ssrlawgroup.com

*Attorneys for Plaintiff*

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL Bar No. 99802
RYAN L. HARRISON Bar No. 230584
rebecca.hull@sdma.com
ryan.harrison@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HANNA ZEWDU,<br><br>            Plaintiff,<br>     vs.<br><br>CITIGROUP LONG TERM DISABILITY PLAN,<br><br>            Defendant. | Case No. C 08-05770 MMC<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING ADR DEADLINE** |

Plaintiff Hanna Zewdu and Defendant Citigroup Long Term Disability Plan (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on April 10, 2009, the Court referred the Parties to mediation through the court's ADR program (Docket Entry #18);

STIPULATION AND [PROPOSED] ORDER EXTENDING ADR DEADLINE                                                                   1

1   WHEREAS, on April 21, 2009, the court notified the Parties that Margaret Corrigan was assigned to mediate this matter (Docket Entry #19);

WHEREAS, on May 12, 2009, the Parties and Ms. Corrigan participated in a joint phone conference pursuant to ADR L.R. 6-6 and the court's April 21, 2009 order;

WHEREAS, pursuant to ADR L.R. 6-4(b), the mediation must be held within 90 days after the entry of the order referring the case to mediation, or July 9, 2009;

WHEREAS, the earliest date convenient to the Parties and Ms. Corrigan for a mediation session is July 10, 2009, only one day after the current deadline;

WHEREAS, the Parties desire a one-day extension of the current ADR deadline.

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The deadline for the parties to participate in a mediation session pursuant to ADR L.R. 6 is July 10, 2009.

Dated: June 23, 2009                    Respectfully submitted,

                                        SPRINGER-SULLIVAN & ROBERTS LLP

                                        By:      /s/
                                              Michelle L. Roberts
                                              *Attorney for Plaintiff*

Dated: June 23, 2009                    SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                        By:      /s/
                                              Ryan Harrison
                                              *Attorneys for Defendant*

SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

Dated: June 23, 2009                    Respectfully submitted,

                                        SPRINGER-SULLIVAN & ROBERTS LLP

                                        By:      /s/
                                              Michelle L. Roberts
                                              *Attorneys for Plaintiff*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The deadline for the parties to participate in a mediation session pursuant to ADR L.R. 6 is July 10, 2009.

Dated: June 25, 2009



Hon. Maxine M. Chesney
U.S. District Court Judge