IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA ZEWDU,<br><br>      Plaintiff,<br><br>  v.<br><br>CITIGROUP LONG TERM DISABILITY PLAN,<br><br>      Defendant<br>_____/ | No. C 08-5770 MMC<br><br>**ORDER REFERRING TO MAGISTRATE JUDGE PLAINTIFF'S MOTION TO COMPEL AND FOR SANCTIONS** |

     Pursuant to Civil Local Rule 72-1, plaintiff's "Motion to Compel Discovery Responses and Sanctions Pursuant to Fed. R. Civ. P. 37," filed November 4, 2009, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

     Counsel will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

     **IT IS SO ORDERED**.

Dated: November 5, 2009

                                        MAXINE M. CHESNEY<br>                                      United States District Judge