Michelle L. Roberts - CA STATE BAR NO. 239092
Cassie Springer-Sullivan - CA STATE BAR NO. 221506
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA 94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564
E-mail: css@ssrlawgroup.com
  mlr@ssrlawgroup.com

*Attorneys for Plaintiff*

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL Bar No. 99802
RYAN L. HARRISON Bar No. 230584
rebecca.hull@sdma.com
ryan.harrison@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HANNA ZEWDU,<br><br>             Plaintiff,<br>   vs.<br><br>CITIGROUP LONG TERM DISABILITY PLAN,<br><br>             Defendant. | Case No. C 08-05770 MMC<br><br>**STIPULATION AND [PROPOSED] ORDER RE HEARING DATE OF PLAINTIFF'S RULE 52 MOTION FOR JUDGMENT** |

Plaintiff Hanna Zewdu and Defendant Citigroup Long Term Disability Plan (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on April 10, 2009, the Court set the hearing date for the Parties's Rule 52 Motion and Cross-Motion for Judgment for March 12, 2009 (Docket Entry #18);

STIPULATION AND [PROPOSED] ORDER RE HEARING DATE                                                      1

WHEREAS, on November 4, 2009, Plaintiff filed her Motion to Compel, which was assigned to Judge Maria-Elena James (Docket Entry #24);

WHEREAS, on November 9, 2009, Judge James denied Plaintiff's Motion to Compel without prejudice in accordance with the Court's Standing Order Re Discovery (Docket Entry #32);

WHEREAS, on December 18, 2009, the Parties filed Joint Letters to Judge James regarding the Parties's discovery dispute;

WHEREAS, the current case schedule requires Plaintiff to file her Rule 52 Motion for Judgment on January 29, 2009;

WHEREAS, the Parties do not believe that the pending discovery dispute will be resolved prior to January 29, 2009, and seek to extend certain case deadlines to permit sufficient time for the resolution of the discovery issues;

WHEREAS, the Parties have sought one extension of time in this matter regarding the ADR deadline;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The case deadlines are now as follows:

Plaintiff's Rule 52 Motion for Judgment: 2/26/09

Defendant's Opposition/Cross-motion: 3/12/09

Plaintiff's Reply/Opposition: 3/26/09

Hearing: 4/9/2010

Dated: December 18, 2009                Respectfully submitted,

SPRINGER-SULLIVAN & ROBERTS LLP

By: _____/s/_____
Michelle L. Roberts
*Attorney for Plaintiff*

Dated: December 18, 2009                SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
Rebecca Hull
*Attorneys for Defendant*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The case deadlines are now as follows:

Plaintiff's Rule 52 Motion for Judgment: ~~2/26/09~~   2/26/10

Defendant's Opposition/Cross-motion: ~~3/12/09~~   3/12/10

Plaintiff's Reply/Opposition: ~~3/26/09~~   3/26/10

~~Hearing: 4/9/2010~~   Defendant's Reply: 4/9/10

Hearing: 4/30/10

Dated: December 21, 2009

_____
Hon. Maxine M. Chesney
U.S. District Court Judge