UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HANNA ZEWDU

    Plaintiff(s),

v.

CITIGROUP LONG TERM DISABILITY PLAN

    Defendant(s).
_____/

No. 08-05770 MEJ

**NOTICE OF CONTINUANCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    You are hereby notified that the hearing on Plaintiff's motion for sanctions (Dkt. #33), scheduled to take place on January 14, 2010 at 10:00 a.m. has been continued to January 21, 2010 at 10:00 a.m., in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

Dated: January 7, 2010

_____
Brenda Tolbert, Courtroom Deputy to
Maria-Elena James,
Chief United States Magistrate Judge