| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
| | REBECCA A. HULL  Bar No. 99802 |
| 2 | rebecca.hull@sdma.com |
| | One Market Plaza |
| 3 | Steuart Tower, 8th Floor |
| | San Francisco, California 94105 |
| 4 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 5 | |
| | Attorneys for Defendant |
| 6 | Citigroup Long Term Disability Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA ZEWDU, | CASE NO. C 08-05770 MEJ |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS** |
| v. | |
| CITIGROUP LONG TERM DISABILITY PLAN, | |
| Defendant. | |

Whereas, the Court by Order dated on January 7, 2010 has changed the date of the hearing on Plaintiff's Motion for Sanctions to January 21, 2010 at 10:00 a.m.;

Whereas counsel for Defendant has a hearing on a Motion for Summary Judgment in this Court and a private mediation session on January 21, 2010;

Whereas both parties have agreed to continue the hearing on Plaintiff's Motion for Sanctions to January 28, 2010 at 10:00 a.m.

Whereas neither party is prejudiced by the proposed changes to the dates of the hearing on Plaintiff's Motion for Sanctions;

Therefore, the parties stipulate as follows:

1. Plaintiff's Motion for Sanctions will be heard on January 28, 2010 at 10:00 a.m.

IT IS SO AGREED AND STIPULATED.

DATED: January 7, 2010      SPRINGER-SULLIVAN & ROBERTS LLP


By: <u>Michelle Roberts (as authorized 1/7/10)</u>
    Michelle Roberts
    Attorneys for Plaintiff
    Hanna Zewdu


DATED: January 7, 2010      SEDGWICK, DETERT, MORAN & ARNOLD LLP


By: <u>Rebecca A. Hull</u>
    Rebecca A. Hull
    Attorneys for Defendant
    Citigroup Long Term Disability Plan


ORDER

IT IS SO ORDERED.

DATED: January 8, 2010      _____
                            Hon. Maria-Elena James
                            CHIEF UNITED STATES MAGISTRATE JUDGE