Michelle L. Roberts - CA STATE BAR NO. 239092
Cassie Springer-Sullivan - CA STATE BAR NO. 221506
SPRINGER-SULLIVAN & ROBERTS LLP
410 - 12th Street, Suite 325
Oakland, CA  94607
Telephone: (510) 992-6130
Facsimile: (510) 280-7564
E-mail: css@ssrlawgroup.com
         mlr@ssrlawgroup.com

*Attorneys for Plaintiff*

SEDGWICK, DETERT, MORAN & ARNOLD LLP
REBECCA A. HULL Bar No. 99802
RYAN L. HARRISON Bar No. 230584
rebecca.hull@sdma.com
ryan.harrison@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, CA 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| HANNA ZEWDU,<br><br>            Plaintiff,<br><br>   vs.<br><br>CITIGROUP LONG TERM DISABILITY PLAN,<br><br>            Defendant. | Case No. C 08-05770 MMC<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER RE HEARING DATE OF PLAINTIFF'S RULE 52 MOTION FOR JUDGMENT** |

Plaintiff Hanna Zewdu and Defendant Citigroup Long Term Disability Plan (collectively referred to as the "Parties") through their respective counsel stipulate as follows:

WHEREAS, on December 21, 2009, pursuant to the Parties's stipulation, the Court reset the hearing date for the Parties's Rule 52 Motion and Cross-Motion for Judgment for April 30, 2010 (Docket Entry #43);

WHEREAS, on November 4, 2009, Plaintiff filed her Motion to Compel, which was assigned to Judge Maria-Elena James (Docket Entry #24);

WHEREAS, on November 9, 2009, Judge James denied Plaintiff's Motion to Compel without prejudice in accordance with the Court's Standing Order Re Discovery (Docket Entry #32);

WHEREAS, on December 18, 2009, the Parties filed Joint Letters to Judge James regarding the Parties's discovery dispute;

WHEREAS, the discovery dispute is still pending and the Parties await Judge James's ruling on the Joint Letters;

WHEREAS, the Parties do not believe that the pending discovery dispute will be resolved prior to February 26, 2010, when Plaintiff must file her Rule 52 Motion for Judgment, and seek to extend certain case deadlines to permit sufficient time for the resolution of the discovery issues;

WHEREAS, the Parties have sought two extensions of time in this matter, including the ADR deadline and the hearing date for the Parties's Rule 52 Motion and Cross-Motion for Judgment;

**IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES:**

The case deadlines are now as follows:

Plaintiff's Rule 52 Motion for Judgment: May 21, 2010

Defendant's Opposition/Cross-motion: June 4, 2010

Plaintiff's Reply/Opposition: June 18, 2010

Defendant's Reply: July 2, 2010

Hearing: July 16, 2010

Dated: February 12, 2010      Respectfully submitted,

SPRINGER-SULLIVAN & ROBERTS LLP

By: _____/s/_____
         Michelle L. Roberts
         *Attorney for Plaintiff*

Dated: February 12, 2010      SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/_____
         Rebecca Hull
         *Attorneys for Defendant*

| | |
|---|---|
| 1 | **PURSUANT TO STIPULATION, IT IS SO ORDERED.** |
| 2 | The case deadlines are now as follows: |
| 3 | Plaintiff's Rule 52 Motion for Judgment: May 21, 2010 |
| 4 | Defendant's Opposition/Cross-motion: June 4, 2010 |
| 5 | Plaintiff's Reply/Opposition: June 18, 2010 |
| 6 | Defendant's Reply: July 2, 2010 |
| 7 | Hearing: ~~July 16, 2010~~ July 23, 2010 |
| 8 | |
| 9 | |
| 10 | Dated: February 16, 2010       Hon. Maxine M. Chesney |
| | U.S. District Court Judge |