| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | SEDGWICK, DETERT, MORAN & ARNOLD LLP<br>REBECCA A. HULL  Bar No. 99802<br>rebecca.hull@sdma.com<br>One Market Plaza<br>Steuart Tower, 8th Floor<br>San Francisco, California 94105<br>Telephone: (415) 781-7900<br>Facsimile: (415) 781-2635<br><br>Attorneys for Defendant<br>Citigroup Long Term Disability Plan |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HANNA ZEWDU,<br><br>    Plaintiff,<br><br>v.<br><br>CITIGROUP LONG TERM DISABILITY PLAN,<br><br>    Defendant. | CASE NO. C 08-05770 MMC MEJ<br><br>**STIPULATION TO CONTINUE DATE FOR DEFENDANT'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS; [PROPOSED] ORDER CONTINUING BRIEFING DATE** |

Whereas, the Court by Order dated February 12, 2010, has required the parties to submit supplemental filings, with plaintiff's filing due by February 22, 2010, and defendant's filing due by March 1, 2010;

Whereas counsel for defendant has requested that plaintiff stipulate to an extension of two days for defendant's supplemental filing, to Wednesday, March 3, 2010, due to extreme weather conditions in New York City which have resulted in unavailability of a key individual for the defendant, who works in New York and whose input is needed before the defendant's brief can be finalized and filed with the Court;

Whereas counsel for plaintiff is willing to agree to the requested extension in light of the circumstances;

-1-  CASE NO. C 08-05770 MMC MEJ
STIPULATION TO CONTINUE DATE FOR DEFENDANT'S SUPPLEMENTAL BRIEF IN OPPOSITION TO PLAINTIFF'S MOTION FOR SANCTIONS; [PROPOSED] ORDER CONTINUING BRIEFING DATE

Whereas neither party is prejudiced by the proposed change;

Therefore, the parties now stipulate, and request that the Court order, that defendant's supplemental filing shall be made on or before Wednesday, March 3, 2010.

IT IS SO AGREED AND STIPULATED.

DATED: February 26, 2010    SPRINGER-SULLIVAN & ROBERTS LLP


By:  Michelle Roberts (as authorized 2/26/10)
     Michelle Roberts
     Attorneys for Plaintiff
     Hanna Zewdu


DATED: February 26, 2010    SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:  Rebecca A. Hull
     Rebecca A. Hull
     Attorneys for Defendant
     Citigroup Long Term Disability Plan


ORDER

IT IS SO ORDERED.

DATED: March 1, 2010    _____
                        Hon. Maria-Elena James
                        CHIEF UNITED STATES MAGISTRATE JUDGE