1    SEDGWICK, DETERT, MORAN & ARNOLD LLP
     REBECCA A. HULL  Bar No. 99802
2    rebecca.hull@sdma.com
     One Market Plaza
3    Steuart Tower, 8th Floor
     San Francisco, California 94105
4    Telephone: (415) 781-7900
     Facsimile: (415) 781-2635
5
     Attorneys for Defendant
6    Citigroup Long Term Disability Plan

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11   HANNA ZEWDU,                          CASE NO. C 08-05770 MMC MEJ

12        Plaintiff,                       **STIPULATION AND [PROPOSED]
                                           ORDER FOR DISMISSAL WITH
13        v.                               PREJUDICE**

14   CITIGROUP LONG TERM DISABILITY          AND ORDER THEREON
     PLAN,
15
          Defendant.
16

17        IT IS HEREBY STIPULATED by and between all parties to this action that the above-

18   captioned action be and hereby is dismissed with prejudice pursuant to Rule 41(a)(1) of the

19   Federal Rules of Civil Procedure, and that each party shall bear his or its own costs and

20

21   attorneys' fees.

22        IT IS SO AGREED AND STIPULATED.

23   DATED:  April   , 2010          SPRINGER-SULLIVAN & ROBERTS LLP

24

25

26                            By:

27                                   Michelle Roberts
                                     Attorneys for Plaintiff
28                                   Hanna Zewdu

1 | DATED:  April 22, 2010          SEDGWICK, DETERT, MORAN & ARNOLD LLP

2

3

4 |                                   By:   Rebecca A. Hull
                                            Rebecca A. Hull
5 |                                         Attorneys for Defendant
                                            Citigroup Long Term Disability Plan
6

7

8 |                                   ORDER

9 | IT IS SO ORDERED.

10

11 | DATED:   April 26, 2010

12 |                                   Hon. MAXINE M. CHESNEY
                                       UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28